UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:24-cv-10040-AH-(PVCx) | Date July 3, 2025 |
| Title *Federal Express Corporation v. Nationwide Access, LLC* | |

Present: The Honorable  Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE

The Court held a Scheduling Conference on June 25, 2025. The Parties were to file a Status Report no later than July 2, 2025 regarding whether they consent to proceed before a Magistrate Judge, or the scope of discovery if they do not consent. As of this date, the Court has not received any Status Report. The Parties are to file a Status Report no later than **July 7, 2025** if they do not consent to proceed before a Magistrate Judge. The Parties should file a Form CV 11-D by that date if they plan on proceeding before a Magistrate Judge. Failure to file the Status Report or Form CV 11-D by that date will result in the Court setting an in-person hearing and issuing an order to show cause re monetary sanctions for failure to comply with the Court's orders.

**IT IS SO ORDERED.**